UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 18, 2013

Stephen F. Rosenthal
Podhurst Orseck, PA
25 W FLAGLER ST STE 800
MIAMI, FL 33130

Appeal Number: 12-14860-DD
Case Style: Allan Campbell v. Air Jamaica Ltd., et al
District Court Docket No: 1:11-cv-23233-JLK

Party To Be Represented: ALLAN CAMPBELL

Dear Counsel:

This civil appeal has been classed for oral argument and you have been appointed to represent the person named above in further proceedings before this court, including at oral argument. You are directed to prepare an additional brief (blue cover) on appellant's behalf raising any issues which you believe may be meritorious. Enclosed are the following:

1. Addendum Five Attorney Appointment and Expense Reimbursement Claim Form
2. Addendum Five to the Eleventh Circuit Rules entitled Non-Criminal Justice Act Counsel Appointments
3. Pro Se and Appellee's Briefs previously filed

Under Addendum Five, only certain expenses are allowable, and attorney's fees may not be claimed by you.

APPELLANT'S ADDITIONAL BRIEF (blue cover) IS DUE WITHIN FORTY (40) DAYS FROM THIS DATE. APPELLANT'S APPENDIX IS DUE NO LATER THAN 7 DAYS AFTER FILING OF APPELLANT'S BRIEF. This is the only notice you will receive concerning the due date for filing briefs and an appendix. See Fed.R.App.P. 28, 30, 31 and 32, the corresponding circuit rules, and General Order 39 for further information on preparing briefs and appendices.

In addition to providing the required number of paper copies of briefs, all parties (except pro se parties) are required, additionally, to provide briefs in electronic format as described in 11th Cir. R. 31-5 and the instructions provided on the court's Web site. Electronic briefs must be in Adobe

Acrobat® PDF file format. The electronic brief must be completely contained in one PDF file, i.e., cover page through and including the certificate of service. An ECF login and password are needed to docket your brief. If you don't already have an ECF login and password, you can register at [ECF Application](ECF Application).

Attorneys and pro se parties must file an appendix in conformance with 11th Cir. R. 30-1, 30-2 and General Order 39, available on the court's Web site. Pro se parties who are incarcerated are not required to file an appendix.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/ej
Phone #: (404) 335-6176

APPT-8 Ltr encl Add 5 appellant brief